GAS 245D  (Rev. 07/22) Judgment in a Criminal Case for Revocations

# UNITED STATES DISTRICT COURT
Southern District of Georgia
Savannah Division

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Revocation of Probation or Supervised Release) |
| Lamont Lewis Evans | Case Number: 4:16CR00058-1 |
|  | USM Number: 21404-021 |
|  | Laura G. Hastay |
|  | Defendant's Attorney |

## THE DEFENDANT:

☒ admitted guilt to violations of mandatory and standard conditions (Violation Numbers 1 and 3 through 6) of the term of supervision.

☐ was found in violation of conditions(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these offenses:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | May 30, 2022 |

See page two for additional violations

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has not violated mandatory condition (Violation Number 2) and is discharged as to such violation based upon the stipulation of both parties.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec: 9330

Defendant's Year of Birth: 1990

City and State of Defendant's Residence:

Statesboro, Georgia

April 3, 2023
Date of Imposition of Judgment

_Signature of Judge_

William T. Moore, Jr.
Judge, U.S. District Court
Name and Title of Judge

APRIL 17, 2023
Date

GAS 245D        (Rev. 07/22) Judgment in a Criminal Case for Revocations

Judgment— Page 2 of 3

DEFENDANT: Lamont Lewis Evans
CASE NUMBER: 4:16CR00058-1

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | The defendant failed to notify the probation officer within seventy-two hours of being arrested or questioned by law enforcement officers (standard condition). | August 22, 2022 |
| 4 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | December 16, 2022 |
| 5 | The defendant committed another federal, state, or local crime (mandatory condition). | December 19, 2022 |
| 6 | The defendant committed another federal, state, or local crime (mandatory condition). | December 30, 2022 |

GAS 245D        (Rev. 07/22) Judgment in a Criminal Case for Revocations

Judgment— Page 3 of 3

DEFENDANT:     Lamont Lewis Evans
CASE NUMBER:   4:16CR00058-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 10 months, with no term of supervision to follow.

☐ The Court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL